UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRIDGETON LANDFILL, LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:20 CV 1240 RWS |
| MISSOURI ASPHALT PRODS., LLC, | ) ) ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

On January 25, 2021, I entered a Memorandum and Order that states as follows:

In addition to the requirements set out in that Order [Setting Rule 16 conference], the parties' joint proposed scheduling plan shall also include a statement as to the propriety of immediate referral to mediation as well as their positions on the appointment of a special master for this case.

(Doc. 20 at 4). The parties have now filed their joint proposed scheduling plan but have failed to include the required statement as to the appointment of a special master for this case.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file the required statement regarding the appointment of a special master by no later **February 18, 2021**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 12th day of February, 2021.