UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRIDGETON LANDFILL, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MISSOURI ASPHALT PRODS., LLC, )<br>)<br>Defendant. ) | Case No. 4:20 CV 1240 RWS |

## MEMORANDUM AND ORDER

As discussed with counsel,

**IT IS HEREBY ORDERED** that the Rule 16 conference, previously set for 9:30 a.m. on March 5, 2021, is **reset** to **Friday, March 19, 2021 at 12:00 noon** by a Court initiated telephone conference. Counsel should dial **888-684-8852** then when prompted enter access code: **6905106**.

**IT IS FURTHER ORDERED** that if plaintiff intends to amend its complaint to assert additional claims against defendant, the parties shall file an amended joint proposed case management order no later than March 17, 2021.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 5th day of March, 2021.