UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRIDGETON LANDFILL, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:20 CV 1240 RWS |
| MISSOURI ASPHALT PRODS., LLC, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

After due consideration,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel [33] is granted only as follows: defendant must answer Interrogatory Number 13 by providing the requested information from 2002 to the present and fully answer Interrogatory Numbers 11 and 12 or produce responsive documents within 30 days of the date of this Memorandum and Order; defendant must comply in full with the discovery agreements it reached with plaintiff as set out in the motion within 30 days of the date of this Memorandum and Order; all of defendant's responses shall be in writing, under oath, and without objection; however, defendant is not required to produce any documents from Simpson Materials Company, LLC; and, all requests for fees and costs associated with this motion are denied.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 27th day of December, 2021.