# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| BRIDGETON LANDFILL, LLC | ) |
| Plaintiff, | ) So Ordered |
| vs. | ) [signature] 12/19/2022 |
| | ) Case No. 4:20-cv-1240 |
| MISSOURI ASPHALT PRODUCTS, LLC | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Bridgeton Landfill, LLC, and Defendant Missouri Asphalt Products, LLC, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party to bear its own attorneys' fees and costs.

Date: December 15, 2022

By:   /s/ Ron Hobbs
      Ron Hobbs            #47669(MO)
      Attorney for Plaintiff
      LATHROP GPM LLP
      7701 Forsyth Blvd., Ste. 500
      Clayton, MO 63105
      Telephone: 314.613.2577
      Email: ron.hobbs@lathropgpm.com

      Allyson E. Cunningham #64802(MO)
      Attorney for Plaintiff
      LATHROP GPM LLP
      2345 Grand Blvd., Ste. 2200
      Kansas City, MO 64108
      Telephone: 816.292.2000
      Email: allyson.cunningham@lathropgpm.com

By: /s/ Peter A. Corsale
Brian McGovern          #34677(MO)
Peter A. Corsale        #57220(MO)
Attorneys for Defendant
MCCARTHY, LEONARD, KAEMMERER, L.C.
825 Maryville Centre Dr., Ste. 300
St. Louis, MO 63017
Telephone: 314.392.5200
Email: bmcgovern@mlklaw.com
Email: pcorsale@mlklaw.com